**Order entered May 13, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00089-CR

### RARES MIHAI HALMAGEAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-83388-2017**

## ORDER

Before the Court is appellant's May 6, 2019 motion requesting that the Court grant counsel's motion to withdraw and appoint new counsel. Counsel's motion to withdraw was filed pursuant to *Anders v. California*, 386 U.S. 738 (1967). This case has not been submitted and adjudicated under the Court's *Anders* procedures. Accordingly, appellant's motion is **DENIED** as premature.

By letter dated April 23, 2019, the Court has informed appellant that he has a right to file a response to counsel's *Anders* brief and such response, if any, is due by May 23, 2019. Upon submission of this case, the Court will adjudicate counsel's motion to withdraw and determine whether an arguable issue exists that would justify appointment of new counsel.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to all counsel of record.

We further **DIRECT** the Clerk of the Court to mail a copy of this order Rares Hihai Halmagean; TDCJ No. 02239974; Gurney Unit; 1385 FM 3328; Palestine, Texas 75803.

/s/    LANA MYERS
       JUSTICE